UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re: **Luis Hernandez**                                         Case Number: 22-16728-LMI
                                                                  Chapter 7

　　　　　　Debtor(s)
_____/

**NOTICE OF CHANGED CIRCUMSTANCES, PROPERTY NO LONGER IN DEBTOR(S) POSSESSION, AND RULE 1019 REPORT OF CHAPTER 13 DEBTOR(S) <u>CONVERTING TO CHAPTER 7</u>**

　　　　Debtor(s), by and through the undersigned counsel, and pursuant to 11 U.S.C. 348 and Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby file(s) this *Notice of Changed Circumstance of Chapter 13 Debtor Converting to Chapter 7*, and states as follows:

- [x] Debtor(s) income as reflected in Schedule I of the Chapter 13 petition decreased and Debtor is unable to continue to fund the Chapter 13 Plan because:
    - [ ] Loss of job for a period
    - [x] Decrease in monthly disposable income
    - [ ] Increase in monthly expenses
- [ ] Debtor(s) was unable to financially continue funding his/her Chapter 13 Plan because:
    - [ ] POC filed by creditor made Chapter 13 Plan not feasible
    - [ ] Other: _____
- [ ] Debtor(s) Chapter 13 Plan sought to cure the arrearages of Debtor(s)' homestead and Debtor sought and obtained an Order from the Bankruptcy Court allowing the Debtor to:
    - [ ] Sell his/her Debtor's Homestead property; or
    - [ ] Re-finance Debtor's Homestead property.
- [ ] Other: _____

　　　　Debtor(s) is/are no longer in possession of the real and/or personal property listed in the following schedules: N/A

- [ ] Schedule A: _____

- [ ] Schedule B: _____

Page 2.  In re: **Luis Hernandez**
Case No. 22-16728-LMI

## SCHEDULE OF UNPAID DEBTS INCURRED POST-PETITION AND PRECONVERSION (RULE 1019 REPORT)

Debtor(s), by and through the undersigned counsel, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby files this *Schedule of Unpaid Debts Incurred Post-Petition and Pre-Conversion (Rule 1019 Report)*, and states:

| Creditors Name and Mailing Address | codebtor | Consideration for Claim | contingent | unliquidated | disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>POB 7346<br>Philadelphia, PA 19101 | | Tax Liability | | | | $3,324.00 |
| **Total:** | | | | | | **$3,324.00** |

In re:  **Luis Hernandez**
Case No.  22-16728-LMI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and via Cm/ECF to all parties registered to receive electronic service this 19th day of April 2023.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
☐ Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163

S:\Forms\Bankruptcy\1019 Report\1019 Report-.doc

```
Label Matrix for local noticing          Acar Leasing LTD d/b/a GM Financial Leasing   BMO Harris Bank N.A., c/o AIS Portfolio Serv
113C-1                                   POB 183853                                    4515 N Santa Fe Ave. Dept. APS
Case 22-16728-LMI                        Arlington, TX 76096-3853                      Oklahoma City, OK 73118-7901
Southern District of Florida
Miami
Thu Nov  3 09:29:05 EDT 2022

Synchrony Bank                           Acceptance Now                                Acceptance Now
PRA Receivables Management, LLC          5501 Headquarters Drive                       Attn: Bankruptcy
PO Box 41021                             Plano, TX 75024-5837                          5501 Headquarters Drive
Norfolk, VA 23541-1021                                                                 Plano, TX 75024-5837


AmeriCredit/GM Financial                 AmeriCredit/GM Financial                      Barclays Bank Delaware
Attn: Bankruptcy                         Po Box 78143                                  Attn: Bankruptcy
Po Box 183853                            Phoenix, AZ 85062-8143                        Po Box 8801
Arlington, TX 76096-3853                                                               Wilmington, DE 19899-8801


Barclays Bank Delaware                   Capital One                                   Capital One
P.o. Box 8803                            Attn: Bankruptcy                              AttnL: Bankruptcy
Wilmington, DE 19899-8803                Po Box 30285                                  Po Box 30285
                                         Salt Lake City, UT 84130-0285                 Salt Lake City, UT 84130-0285


Capital One                              Capital One                                   Checksystems
Po Box 30253                             Po Box 30281                                  7805 Hudson Rd
Salt Lake City, UT 84130-0253            Salt Lake City, UT 84130-0281                 Saint Paul, MN 55125-1703


Child Support Enforcemment               Citibank/The Home Depot                       Citibank/The Home Depot
PO Box 8030                              Citicorp Credit Srvs/Centralized Bk dept      Po Box 6497
Tallahassee, FL 32314-8030               Po Box 790034                                 Sioux Falls, SD 57117-6497
                                         St Louis, MO 63179-0034


Corona Law Firm, P.A.                    Credit One Bank                               Credit One Bank
3899 NW 7th Street 2nd Floor             Attn: Bankruptcy Department                   Po Box 98872
Miami, FL 33126-5551                     Po Box 98873                                  Las Vegas, NV 89193-8872
                                         Las Vegas, NV 89193-8873


(p)DSNB MACY S                           (p)INTERNAL REVENUE SERVICE                   Discover Financial
CITIBANK                                 CENTRALIZED INSOLVENCY OPERATIONS             Attn: Bankruptcy
1000 TECHNOLOGY DRIVE MS 777             PO BOX 7346                                   Po Box 3025
O FALLON MO 63368-2222                   PHILADELPHIA PA 19101-7346                    New Albany, OH 43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       Equifax                                       Experian
PO BOX 3025                              Po Box 740241                                 Po Box 2002
NEW ALBANY OH 43054-3025                 Atlanta, GA 30374-0241                        Allen, TX 75013-2002


(p)FIRST NATIONAL BANK                   Florida Department Of Revenue                 IRS Centralized Bankruptcy Department
ATTN BANKRUPTCY                          5050 W Tennessee St                           PO Box 7346
1500 S HIGHLINE AVE                      Tallahassee, FL 32399-0100                    Philadelphia, PA 19101-7346
SIOUX FALLS SD 57110-1003
```

| | | |
|---|---|---|
| Investment Estevez LLC<br>4215 West 5th Lane<br>Hialeah, FL 33012-3811 | Islan Infante Velazquez<br>Corona Law Firm, P.A.<br>3899 NW 7th Street, 2nd Floor<br>Miami, FL 33126-5551 | Kabbage<br>600 W Broadway Suite 700<br>San Diego, CA 92101-3370 |
| LANGEL TRANSPORT CORP.<br>652 W 50TH ST<br>Hialeah, FL 33012-3611 | Langel Trasport Corp<br>652 W 50 Street<br>Hialeah, FL 33012-3611 | LightStream, a division of Truist Bank<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| LightStream/Suntrust<br>303 Peachtree Street Northeast<br>Atlanta, GA 30308-3201 | LightStream/Suntrust<br>Attn: Bankruptcy<br>655 W Broadway<br>San Diego, CA 92101-8490 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Merrick Bank/CardWorks<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Space Coast Credit Union<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 N Wickham Road<br>Melbourne, FL 32940-7920 | Syncb/Paypalsmartconn<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Paypalsmartconn<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Rooms To Go<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/ccsycc<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/ccsycc<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Chevron<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Chevron<br>P.o Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Gap<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Top Asset<br>10005 Nw 21st St<br>Doral, FL 33172-2503 |

| | | |
|---|---|---|
| Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | Us Bank Na Retail Le<br>Attn Cbdh<br>Oshkosh, WI 54903 | Us Bank Na Retail Le<br>Attn: Bankruptcy<br>Po Box 3447<br>Oshkosh, WI 54903-3447 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank NA<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Luis Hernandez<br>652 W 50th Street<br>Hialeah, FL 33012-3611 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | (d)Department Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040 | Department of the Treasury<br>Po Box  21126<br>Philadelphia, PA 19114 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | First Nataional Bank/Legacy<br>500 East 60th St North<br>Sioux Falls, SD 57104 | (d)First Nataional Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 |
| PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)ACAR Leasing LTD d/b/a GM Financial Leasin<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     2<br>Total                   70 |